**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 455 MAL 2020

           Respondent    :

           :   Petition for Allowance of Appeal

           :   from the Order of the Superior Court

           v.          :

           :

JOHN BETZ,           :

           :

           Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.